# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenya S. White**,** | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00839-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Tribute Properties, et al **,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Thursday, January 03, 2013 Order.

January 3, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court